## 32278. PAYNE et al. v. MILLER.

PER CURIAM.

This is a land line dispute. The trial court did not err in the admission of the appellee's deed. There was evidence to support the verdict.

*Judgment affirmed. All the Justices concur.*

ARGUED MAY 10, 1977 — DECIDED MAY 25, 1977 —
REHEARING DENIED JUNE 7, 1977.

*L. Eddie Benton, Jr.,* for appellants.

*William I. Sykes, Jr., Howard T. Overby,* for appellee.